1 AARON R. DEAN, ESQ.
Nevada Bar No. 9541
2 THE DEAN LEGAL GROUP, LTD.
721 S. 6th Street
3 Las Vegas, Nevada 89101
Tele: (702) 823-1354
4 Fax: (702) 823-2368

Attorney for *Keynote Properties, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> PUEBLO AT SANTE FE CONDOMINIUM ASSOCIATION, INC.; KEYNOTE PROPERTIES, LLC; and ALESSI & KOENIG, LLC; <br><br> Defendants. | CASE NO.: 2:16-cv-1199 <br><br> **STIPULATION AND ORDER RE: BRIEFING ON MOTION TO PARTIALLY LIFT STAY (ECF NO. 37) (FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** between the parties by and through their counsel of record, that KEYNOTE PROPERTIES, LLC's opposition to the Motion to Partially Lift Stay filed by BANK OF AMERICA, N.A. (ECF No. 37) in above captioned case, shall now be due on or before October 17, 2017, and Plaintiff's response thereto, if any, shall now be due on or before November 7, 2017.

///

///

///

The purpose of the stipulated extension is to accommodate the schedule of counsel and not for any purposes of delay. This is the parties' *first* request for an extension relating to Plaintiff's Motion to Partially Lift Stay (ECF No. 37) in this matter.

DATED this 4th day of October, 2017.   DATED this 4th day of October, 2017.

THE DEAN LEGAL GROUP, LTD.   AKERMAN, LLP

/s/ Aaron R. Dean   /s/ Thera A. Cooper
Aaron R. Dean, Esq.   Ariel E. Stern, Esq.
Attorney for *Keynote Properties, LLC*   Thera A. Cooper, Esq.
   Attorneys for Bank of America, N.A.

**ORDER**

**IT IS ORDERED** that the forgoing Stipulation of the parties is approved.

DATED this  5  day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT