AARON R. DEAN, ESQ.
Nevada Bar No. 9541
THE DEAN LEGAL GROUP, LTD.
721 S. 6th Street
Las Vegas, Nevada 89101
Tele: (702) 823-1354
Fax: (702) 823-2368

Attorney for *Keynote Properties, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> PUEBLO AT SANTE FE CONDOMINIUM ASSOCIATION, INC.; KEYNOTE PROPERTIES, LLC; and ALESSI & KOENIG, LLC; <br><br> Defendants. | CASE NO.: 2:16-cv-1199 <br><br> **STIPULATION AND ORDER RE: BRIEFING ON MOTION TO STAY CASE (ECF NO. 49)** <br><br> **(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** between the parties by and through their counsel of record, that any opposition to the Motion to Stay Case Pending Resolution of Pending Motion for Partial Summary Judgment filed by BANK OF AMERICA, N.A. (ECF No. 49) in the above captioned case, filed by any party, shall now be due on or before August 21, 2018, and responses thereto, if any, by BANK OF AMERICA, N.A., shall now be due on or before September 11, 2018.

///

///

///

The purpose of the stipulated extension is to accommodate the schedule of counsel and not for any purposes of delay. This is the parties' *first* request for an extension relating to Plaintiff's Motion to Stay Case Pending Resolution of Pending Motion for Partial Summary Judgment (ECF No. 49) in this matter.

DATED this 2nd day of August, 2018.          DATED this 2nd day of August, 2018.

THE DEAN LEGAL GROUP, LTD.                   AKERMAN, LLP

/s/ Aaron R. Dean                            /s/ Scott R. Lachman, Esq.
Aaron R. Dean, Esq.                          Ariel E. Stern, Esq.
*Attorney for Keynote Properties, LLC*       Scott R. Lachman, Esq.
                                             *Attorneys for Bank of America, N.A.*

## ORDER

**IT IS ORDERED** that the forgoing Stipulation of the parties is approved.

DATED this 10 day of ____August____, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Respectfully Submitted:

THE DEAN LEGAL GROUP, LTD.

/s/ Aaron R. Dean
Aaron R. Dean, Esq.
*Attorney for Keynote Properties, LLC*