ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> PUEBLO AT SANTE FE CONDOMINIUM ASSOCIATION, INC.; KEYNOTE PROPERTIES, LLC; and ALESSI & KOENIG, LLC; <br><br> Defendants. | Case No.: 2:16-cv-01199-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO KEYNOTE PROPERTIES, LLC'S RESPONSE TO BANK OF AMERICA, N.A.'S SUPPLEMENT TO MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 61]** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., defendant Keynote Properties, LLC, and defendant Pueblo at Sante Fe Condominium Association, Inc. stipulate as follows:

1. BANA filed its supplement to motion for partial summary judgment on November 14, 2018. [ECF No. 60.] Keynote filed it response to BANA's supplement on December 5, 2018. [ECF No. 61.] BANA's reply is currently due on December 12, 2018.

2. Pueblo At Sante Fe Condominium Association, Inc. filed its response to BANA's supplement on December 10, 2018. [ECF No. 62.] BANA's reply is currently due on December 24, 2018.

1

47218256;1

3. The parties agree BANA shall have twelve (12) additional days to file its reply to Keynote's response and both replies will now be due on January 5, 2019.

4. This is the first request for an extension of either deadline and is not made for purposes of undue delay. The extension is requested because both Keynote's and Pueblo's responses to BANA's supplement raise similar arguments that can best be addressed in one reply.

DATED this 11th day of December, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **HONG & HONG PLC** |
| /s/ Scott R. Lachman | /s/ Joseph Y. Hong |
| ARIEL E. STERN, ESQ. | JOSEPH Y. HONG, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 5995 |
| SCOTT R. LACHMAN, ESQ. | 1980 Festival Plaza Dr., Suite 650 |
| Nevada Bar No. 12016 | Las Vegas, Nevada 89135 |
| 1635 Village Center Circle, Suite 200 | *Attorney for Defendant Keynote Properties, LLC* |
| Las Vegas, NV 89134 | |
| *Attorneys for Plaintiff Bank of America, N.A* | |

**LIPSON, NEILSON**

/s/ Eric N. Tran
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
ERIC N. TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant Pueblo at Santa Fe Condominium Association, Inc.*

**IT IS SO ORDERED.**

Dated this __12__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2

47218256;1