ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>PUEBLO AT SANTE FE CONDOMINIUM ASSOCIATION, INC.; KEYNOTE PROPERTIES, LLC; and ALESSI & KOENIG, LLC;<br><br>Defendants. | Case No.: 2:16-cv-01199-GMN-CWH<br><br>**ORDER TO RELEASE BOND** |

Keynote Properties, LLC demanded Bank of America, N.A. (**BANA**) post a cost bond pursuant to NRS 18.130(1). (ECF No. 14.) The court entered an order directing a $500.00 cash deposit. (ECF No. 29.) The cash deposit was subsequently made by Akerman LLP on behalf of its client. (ECF No. 31.) The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1). The court granted summary judgment in favor of BANA. (ECF No. 66.) The court subsequently entered judgment on all remaining claims and instructed the clerk to close the case. (ECF Nos. 67.)

…

…

…

…

1

50365104;1

Since no costs may be awarded against BANA and this matter is now concluded, the court will refund the $500.00 deposit plus interest to Akerman LLP.

IT IS SO ORDERED.

DATED this __7__ day of October, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Submitted by:*
**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

50365104;1